**DISMISS; and Opinion Filed October 19, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00689-CV

**FARIBORZ ARJOMANDI AND KRISTINA ARJOMANDI, Appellants**
**V.**
**DEAN WOODWARD AND ALEXANDRA WOODWARD, Appellees**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-08120**

## MEMORANDUM OPINION
Before Justices Bridges, Lang-Miers, and Whitehill
Opinion by Justice Lang-Miers

Appellants Fariborz and Kristina Arjomandi have filed a motion to dismiss the appeal as moot. The parties have settled their dispute. Accordingly, we **GRANT** appellants' motion to voluntarily dismiss the appeal and we **DISMISS** the appeal.


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

160689F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

FARIBORZ ARJOMANDI AND
KRISTINA ARJOMANDI, Appellants

No. 05-16-00689-CV          V.

DEAN WOODWARD AND ALEXANDRA
WOODWARD, Appellees

On Appeal from the 95th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-15-08120.
Opinion delivered by Justice Lang-Miers.
Justices Bridges and Whitehill participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED** as moot.

Subject to any agreement between the parties, appellant shall bear all costs of the appeal.

Judgment entered this 19th day of October, 2016.